1 | LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
2 | Kelley S. Kern, CSB No.: 221265
3620 American River Drive, Suite 230
3 | Sacramento, CA 95864
Phone: 916-974-8500
4 | Facsimile: 916-974-8510

5 | Attorneys for Defendants
Deputy Ryan Mez
6 | Deputy Gary Richter

7 | PORTER SCOTT
Carl L. Fessenden, State Bar No. 161494
8 | 350 University Ave., Suite 200
Sacramento, California 95825
9 | Phone: 916.929.1481
Facsimile: 916.927.3706

10

11 | Attorneys for Defendants
JOYCE SOUZA and MATTHEW CARMICHAEL

12 | LAW OFFICES OF STEWART KATZ
Stewart Katz, State Bar No. 127425
13 | 555 University Ave., Suite 270
Sacramento, Ca. 95825
14 | Phone: 916-444-5678
Facsimile:  444-3364

15

Attorney for Plaintiff Brienna Holmes

16

17 | **UNITED STATES DISTRICT COURT**

18 | **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

19 | BRIENNA HOLMES,                         ) Case No.: 2:11-cv-00332-GEB -DAD
        Plaintiff,                 )
20 |     vs.                              ) **STIPULATION AND ORDER FOR**
                          ) **EXTENSION OF TIME FOR PARTIES TO**
21 | JOYCE SOUZA, University of California at ) **EXCHANGE EXPERT WITNESS**
Davis Police Captain; MATTHEW           ) **DISCLOSURES**
22 | CARMICHAEL, University of California at )
Davis Police Lieutenant; RYAN MEZ, Yolo ) **Local Rule 143**
23 | County Sheriff's Department; Deputy GARY )
RICHTER, Yolo County Sheriff's           )
24 | Department Deputy; JEFF REISIG, Yolo     )
County District Attorney; COUNTY OF      )
25 | YOLO; and DOES 1-10,                     )
        Defendant                  )
26 |                           )
                          )
27 |                           )
                          )
28

1    Pursuant to Local Rule 143, the Parties hereto, by and through their respective counsel,

2  stipulate to extend the time for expert witness disclosure and rebuttal expert witness disclosure

3  by 45 days to allow for additional discovery before expert disclosure.

4    The parties jointly propose continuing the following deadlines as set forth below:

5    • **Initial Disclosure of Expert Witnesses**:  current deadline of June 5, 2012.

6       **Proposed new deadline**: July 20, 2012;

7    • **Disclosure of Rebuttal Expert Witnesses**:  current deadline of July 3, 2012.

8       **Proposed new deadline**: August 17, 2012;

9    WHEREAS, this request is not being made of the purposes of delay, or any other

10 improper purpose;

11    WHEREAS, continuing the deadlines for completing the disclosure of expert witnesses

12 will not prejudice any party or their counsel; and

13    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and

14 Defendants, through their respective attorneys of record, that this Court continue the deadlines as

15 set forth above.

16    IT IS SO STIPULATED.

17 Dated:  May 22, 2012                          LONGYEAR, O'DEA & LAVRA, LLP

18

19                                       By:  */s/ John A. Lavra*
                                              JOHN A. LAVRA
20                                            KELLEY S. KERN

21 Dated:  May 22, 2012                          PORTER SCOTT

22

23                                       By:  */s/ Carl Fessenden*
                                              CARL FESSENDEN

24

25 Dated: May 22, 2012                          LAW OFFICES OF STEWART KATZ

26

27                                       By:  */s/ Stewart Katz*
                                              STEWART KATZ

28

1

## ORDER

2      Pursuant to stipulation, it is ordered that Initial Expert Witness Disclosure shall occur by

3 July 20, 2012, and rebuttal expert witness disclosure shall occur by August 17, 2012.

4 **IT IS SO ORDERED:**

5 `Date:   5/22/2012`

6

7        _____
GARLAND E. BURRELL, JR.

8        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28