LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Kelley S. Kern, CSB No.: 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants
Deputy Ryan Mez
Deputy Gary Richter

PORTER SCOTT
Carl L. Fessenden, State Bar No. 161494
350 University Ave., Suite 200
Sacramento, California 95825
Phone: 916.929.1481
Facsimile: 916.927.3706

Attorneys for Defendants
JOYCE SOUZA and MATTHEW CARMICHAEL

LAW OFFICES OF STEWART KATZ
Stewart Katz, State Bar No. 127425
555 University Ave., Suite 270
Sacramento, Ca. 95825
Phone: 916-444-5678
Facsimile:  444-3364

Attorney for Plaintiff Brienna Holmes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| BRIENNA HOLMES,<br>        Plaintiff,<br>  vs.<br>JOYCE SOUZA, University of California at Davis Police Captain; MATTHEW CARMICHAEL, University of California at Davis Police Lieutenant; RYAN MEZ, Yolo County Sheriff's Department; Deputy GARY RICHTER, Yolo County Sheriff's Department Deputy; JEFF REISIG, Yolo County District Attorney; COUNTY OF YOLO; and DOES 1-10,<br>        Defendant | Case No.: 2:11-cv-00332-GEB -DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO EXCHANGE EXPERT WITNESS DISCLOSURES**<br><br>**Local Rule 143** |

Pursuant to Local Rule 143, the Parties hereto, by and through their respective counsel, stipulate to extend the time for expert witness disclosure and rebuttal expert witness disclosure by 45 days to allow for additional discovery before expert disclosure.

The parties jointly propose continuing the following deadlines as set forth below:

- **Initial Disclosure of Expert Witnesses**: current deadline of June 5, 2012. **Proposed new deadline**: July 20, 2012;
- **Disclosure of Rebuttal Expert Witnesses**: current deadline of July 3, 2012. **Proposed new deadline**: August 17, 2012;

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, continuing the deadlines for completing the disclosure of expert witnesses will not prejudice any party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendants, through their respective attorneys of record, that this Court continue the deadlines as set forth above.

IT IS SO STIPULATED.

Dated: May 22, 2012                LONGYEAR, O'DEA & LAVRA, LLP

                                   By:  */s/ John A. Lavra*
                                        JOHN A. LAVRA
                                        KELLEY S. KERN

Dated: May 22, 2012                PORTER SCOTT

                                   By:  */s/ Carl Fessenden*
                                        CARL FESSENDEN

Dated: May 22, 2012                LAW OFFICES OF STEWART KATZ

                                   By:  */s/ Stewart Katz*
                                        STEWART KATZ

# ORDER

Pursuant to stipulation, it is ordered that Initial Expert Witness Disclosure shall occur by July 20, 2012, and rebuttal expert witness disclosure shall occur by August 17, 2012.

**IT IS SO ORDERED:**

Date: 5/22/2012

_____
GARLAND E. BURRELL, JR.
United States District Judge