IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIENNA HOLMES,

      Plaintiff,                              No. 2:11-cv-0332 GEB DAD

     v.

JOYCE SOUZA, et al.,                       <u>ORDER</u>

      Defendants.

_____/

        This matter came before the court on November 2, 2012, for hearing on plaintiff's motion to compel deposition testimony of defendant Ryan Mez. (Doc. No. 28). Stewart Katz, Esq. appeared for the moving party. Amanda Butts, Esq. appeared for defendant Ryan Mez.

        For the reasons stated on the record, IT IS ORDERED THAT:

        1. Plaintiff's motion to compel deposition testimony (Doc. No. 28) is granted in its entirety;

        2. The deposition of defendant Ryan Mez shall resume and be held at a reasonable time agreed upon by the parties on or before November 21, 2012; and

/////

/////

/////

3. Defendant Mez shall bear the costs associated with the resumed deposition.

DATED: November 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\holmes0332.oah.110212